**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) | |
| | ) | District Judge: |
| Plaintiffs, | ) ) | Magistrate Judge: |
| vs. | ) ) | Case No: |
| S & S FLOORING INSTALLATION, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

Plaintiffs, the Construction Industry Retirement Fund of Rockford, Illinois and Construction Industry Welfare Fund of Rockford, Illinois, by their attorneys, WilliamsMcCarthyLLP, bring this Complaint against Defendant, S & S Flooring Installation, LLC.

### COUNT I
### (Failure to Pay Contributions to the Funds)

1.     Jurisdiction in this cause is based upon §301 of the Labor-Management Relations Act ("LMRA"), as amended.  29 U.S.C. § 185(a).

2.     Jurisdiction in this cause is also based upon §502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended.  29 U.S.C. § 1132.

3.     Venue is proper pursuant to 29 U.S.C. § 1132(e)(2) in this District because The Construction Industry Retirement Fund of Rockford, Illinois and The Construction Industry

Welfare Fund of Rockford, Illinois is administered in Rockford, Illinois (collectively referred to as "the Funds" or "Plaintiffs").

4.     The Funds are a multi-employer benefits plan withing the meaning of ERISA. It is established and maintained pursuant to its respective Agreements and Declarations of Trust in accordance with § 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have standing to sue pursuant to 29 U.S.C. § 1132(d)(1) and 29 U.S.C. § 185(a).

5.     Defendant is engaged in the construction industry and is doing business within this geographic area, is an industry affecting interstate commerce, and is an employer within the meaning of § 3(5) of ERISA and § 301(a) of the LMRA.

6.     Chicago Regional Council of Carpenters ("the Union") is a labor union which represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment.

7.     On or about April 9, 2013, Defendant entered into a Memorandum of Agreement with the Union, evidence of which is attached hereto and made a part hereof as **Exhibit A**.

8.     Under the terms of the Memorandum of Agreement, and the Collective Bargaining Agreement and Trust Agreements incorporated therein (the "Agreements"), Defendant is required to make contributions on behalf of its employees covered by the Agreements for pension benefits, health and welfare benefits, apprentice, working dues and to submit monthly remittance reports in which it identifies the employees covered under the Agreements and the amount of contributions to be remitted to the Funds on behalf of each covered employee.

9.   Under the terms of the Agreements, contributions to the Funds are due on the 15th day of the month following the month hours are worked and are considered delinquent after the 25th day of the month.

10.   Under the terms of the Agreements, any employer who fails to make the contributions by the 25th day of the month after the work was performed is required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect the amounts owed.

11.   Under the terms of the Agreements to which Defendant is bound, Defendant is required to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

12.   Beginning April 1, 2013 through March 31, 2016 and April 1, 2016 through January 31, 2018, Defendant has failed to report and/or pay contributions and/or liquidated damages owed to the Funds in violation of its contractual obligations and the obligations under State and Federal law (see **Exhibit B** attached hereto and made a part hereof).

13.   As a direct and proximate result of Defendant's failure to pay contributions, Defendant's employees are in jeopardy of losing their health and welfare eligibility and benefits.

14.   Defendant's actions in failing to make timely reports and contributions violate § 515 of ERISA, 29 U.S.C. § 1145, and §301 of the LMRA. 29 U.S.C. § 185.

15.   Pursuant to § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), §301 of the LMRA, 29 U.S.C. § 185, and the terms of the Agreements, Defendant is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions,

reasonable attorney's fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Judgment against Defendant, S & S Flooring Installation, LLC, as follows:

(a)    Directing Defendant to submit its books and records to an audit on demand by Plaintiffs;

(b)    Entering judgment in a sum certain against Defendant on any amount shown due and owing pursuant to the audit, including unpaid contributions, liquidated damages, interest, audit costs and attorney's fees and costs;

(c)    Enjoining Defendant from violating the terms of the Agreements;

(d)    Awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate; and

(e)    Ordering Defendant to remain current in payment of all contributions to the Funds.

THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, Plaintiffs,
By:    WILLIAMSMCCARTHY, LLP

  /s/    Troy E. Haggestad
         Troy E. Haggestad (#06229384)
         WILLIAMSMcCARTHY, LLP
         120 West State Street, Suite 400
         P.O. Box 219
         Rockford, IL 61105-0219
         815/987-8900

# Memorandum of Agreement

Employer __S & S Flooring Installation LLC__ Address __125 Autumnwood LN__
City __Davis Junction__ State __IL.__ Zip __61020__ Phone __(815) 751-6997__

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in Illinois: Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago. The following counties in Iowa: Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright. The following counties in Wisconsin: Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union.

2. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

3. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration dates of any current and successor Agreements which are incorporated herein (see attached list). Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreement at least three (3) calendar months prior to the expiration of such Agreements, the Agreement shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

4. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 3, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this __9TH__ day of __APRIL__, __2013__

EMPLOYER

__Susanna Overton   President__
Print Name and Title

CHICAGO REGIONAL COUNCIL
OF CARPENTERS

__Bruce Werking__
Authorized Regional Council
Representative

4/19/13
RE O-CR

**EXHIBIT**

__A__

Agreements

( Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)

(Western Region)

Illinois

Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer and Henderson
Illinois Valley Contractors' Association, Bureau, LaSalle, Marshall, Putnam and Stark
Window and Door, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Marshall,
Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside and Winnebago
Commercial/Residential, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, DeKalb, Eastern Ogle and cities in Sandwhich and
Somonauk
Residential Construction Employers' Council, Boone, Carroll, Jo Daviess, Lee, Ogle, Stephenson,
Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, Jo Davies, Lee, Ogle,
Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Lee, Ogle, Stephenson, Whiteside and
Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Jo Daviss, LaSalle, Lee, Marshall, Mercer,
Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2-7 and portions of
1 and 8

Iowa

Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Lousia north of Iowa River, Muscatine and Scott
Residential, Clinton, Louisa, Muscatine, Scott and Seven southern most townships of Jackson County
including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa and Union
Heavy and Highway Associated Contractors Agreement Scott County
Herberger Construction Heavy and Highway
Heavy and Highway Contractors' Association- entire State except Scott County
Commercial Benton, Jones, Linn and Tama
Residential Benton, Jones, Linn and Tama
Commercial, Des Moines, Henry, Lee and Louisa south of Iowa River
Residential, Des Moines, Henry, Lee and Louisa south of Iowa River

Commercial/Residential Dubuque, Delaware, Clayton, and Six Northern Townships in Jackson
Commercial/Residential, Appanoosa, Davis, Jefferson, Keokuk, Mahaska, Monroe, Van Buren, Wapello, and Wayne
Commercial, Clinton, Seven Southern most townships of Jackson including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa, and Union
Floor Covering, Dubuque, Deleware, Clayton, and six Northern Townships in Jackson Window and Door, State
Commercial, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial Interior Systems, Ceder, Iowa, Johnson, Poweshiek and Washington
Residential, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial, Cerro Gordo, Franklin, Hancock, Kossuth, Winnebago, Worth and Wright, Buchanan, Independent Contractors of Waterloo (Commercial) Butler, Chicksaw, Fayette, Floyd, Grundy, Howard, Mitchell, Winneshiek
Millwright, Adair, Allmakee, Appanoosa, Benton, Black Hawk, Boone, Bremer, Buchanan, Butler, Cedar, Calhoun, Carroll, Cerro Gordo, Chicksaw, Clayton, Clarke, Clinton, Dallas, Davis, Decatur, Deleware, Des Moines, Dubuque, Emmet, Fayette, Floyd, Franklin, Greene, Grundy, Guthrie, Hamilton, Hancock, Hardin, Henry, Howard, Humboldt, Iowa, Jackson, Jasper, Jefferson, Johnson, Jones, Keokuk, Lee, Linn, Lucas, Louisa, Madison, Mahaska, Marion, Marshall, Mitchell, Monroe, Muscatine, Palo Alto, Pocahontas, Polk, Poweshiek, Ringhold, Scott, Story, Tama, Union, Van Buren, Warren, Wapello, Washington, Wayne, Webster, Winnebego, Winneshiek, Worth, Wright


( Northern Region)


Commercial Carpenters and Floor Coverers' Agreement (State of Wisconsin)
Commercial Capenters Agreement, Kenosha/Racine
Millwright Erectors' Agreement
Pile Drivers' Agreement
Insulators Agreement
Overhead Door Agreement


The Employers Acknowledges receipt of a current copy of each agreement under which the company will be performing work. Each of the agreements are available upon request.

It is also understood and agreed that it is the Employers obligation to make a written request of additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for which it has not already obtained a copy of the applicable Agreement.

_____
Employer


_____4｜9｜13_____
Date

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



August 23, 2016

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: S & S Flooring Installation LLC (10633)

We have performed revised 8/23/16 a fringe benefit contribution compliance
audit of S & S Flooring Installation LLC, for the period from April 1, 2013 through
March 31, 2016. The audit encompassed the comparison of individual earnings
records to certain payroll tax and fund reports and a review of the general
disbursements records.

The comparison and review indicate that the employer has not complied with its
fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|------|--------|
| WELFARE | $ 6,026.40 |
| DEFINED BENEFIT | 1,587.57 |
| RETIREMENT | 4,795.28 |
| ADVANCEMENT | 457.63 |
| MKTG FUND | 20.21 |
| APPRENTICE | 409.80 |
| BLDG. TRADES | 27.32 |
| DUES 4% | 864.97 |
| UBC HEALTH | 68.30 |
| PROJ 1ST RATE | 34.17 |
| Sub Total | $14,291.65 |
| 10% Liq. Damages | $ 1,240.92 |
| TOTAL | $15,532.57 |

*(handwritten notes at right:)*
264 17 = 14,027.48
1,219.43
15,246.91.
+ 105 ⁰
$ 15,351.01

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT
tabbies
B

8/23/2018
AFD

## CONSTRUCTION IND FUNDS- GROUP #312, 319 & 338 -CARP #792 -FLOORING-COMMERCIAL

### S & S FLOORING INSTALLATION LLC   # 16833    REVISION

YEAR: 2015

*ADDITIONAL HOURS  1/15  -  12/15  (CODE 312)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVIS, KEVIN ███891 | # | Hours | - | - | 135.00 | - | - | - | - | - | - | - | - | - | 135.00 |
| HARGRAVES, SCOTT ███8943 | # | Hours | - | - | 143.50 | - | - | - | - | 13.50 | - | - | - | - | 157.00 |
| KRSEK, FRANK ███7819 | # | Hours | - | - | - | - | - | - | - | 24.00 | - | - | - | - | 24.00 |
| KRUVALIS, JOEL ███9248 | # | Hours | - | - | 6.00 | - | - | - | - | - | - | - | - | - | 6.00 |
| OVERTON, STEVE ███814 | # | Hours | - | - | 88.00 | - | - | - | - | 96.00 | - | - | - | - | 184.00 |
| **TOTAL HOURS** | | | - | - | 372.50 | - | - | - | - | 133.50 | - | - | - | - | 506.00 |

AMOUNT DUE TO
FUNDS:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 3,203.50 | $ - | $ - | $ - | $ - | $ 1,241.55 | $ - | $ - | $ - | $ - | $ 4,445.05 |
| DEFINED BENEFIT | $ - | $ - | $ 1,138.13 | $ - | $ - | $ - | $ - | $ 407.18 | $ - | $ - | $ - | $ - | $ 1,543.31 |
| RETIREMENT | $ - | $ - | $ 3,352.50 | $ - | $ - | $ - | $ - | $ 1,288.28 | $ - | $ - | $ - | $ - | $ 4,640.78 |
| ADVANCEMENT | $ - | $ - | $ 249.58 | $ - | $ - | $ - | $ - | $ 89.45 | $ - | $ - | $ - | $ - | $ 339.03 |
| MKTG FUND | $ - | $ - | $ 7.45 | $ - | $ - | $ - | $ - | $ 6.68 | $ - | $ - | $ - | $ - | $ 14.13 |
| APPRENTICE | $ - | $ - | $ 223.50 | $ - | $ - | $ - | $ - | $ 80.10 | $ - | $ - | $ - | $ - | $ 303.60 |
| BLDG. TRADES | $ - | $ - | $ 14.90 | $ - | $ - | $ - | $ - | $ 5.34 | $ - | $ - | $ - | $ - | $ 20.24 |
| DUES  4% | $ - | $ - | $ 542.38 | $ - | $ - | $ - | $ - | $ 202.26 | $ - | $ - | $ - | $ - | $ 744.61 |
| UBC HEALTH | $ - | $ - | $ 37.25 | $ - | $ - | $ - | $ - | $ 13.35 | $ - | $ - | $ - | $ - | $ 50.60 |
| PROJ 1ST RATE | $ - | $ - | $ 18.63 | $ - | $ - | $ - | $ - | $ 6.68 | $ - | $ - | $ - | $ - | $ 25.31 |
| **TOTAL** | $ - | $ - | $ 8,785.80 | $ - | $ - | $ - | $ - | $ 3,340.88 | $ - | $ - | $ - | $ - | $ 12,126.68 |

| Rates: | 6/1/14 | to | 5/31/15 |
|---|---|---|---|
| WELFARE | 8.80 | APPRENTICE | 0.00 |
| DEFINED BENEFIT | 3.05 | BLDG. TRADES | 0.04 |
| RETIREMENT | 9.00 | DUES  4% | 1.450 |
| ADVANCEMENT | 0.67 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.02 | PROJ 1ST RATE | 0.05 |

| Rates: | 6/1/15 | to | 5/31/16 |
|---|---|---|---|
| WELFARE | 9.30 | APPRENTICE | 0.00 |
| DEFINED BENEFIT | 3.05 | BLDG. TRADES | 0.04 |
| RETIREMENT | 9.65 | DUES  4% | 1.515 |
| ADVANCEMENT | 0.67 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.05 | PROJ 1ST RATE | 0.05 |

8/23/2016
AFD

CONSTRUCTION IND FUNDS- GROUP #312, 319 & 338 -CARP #792 -FLOORING-COMMERCIAL

S & S FLOORING INSTALLATION LLC   # 10833   REVISION

**YEAR: 2015**

*ADDITIONAL HOURS   1/15 to 12/15   (CODE 338)*

| S.S.# | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KELLY, ZACHERY 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 | # | Hours | - | - | 92.50 | - | - | - | - | 62.00 | - | - | - | - | 154.50 |

| TOTAL HOURS | | | - | - | 92.50 | - | - | - | - | 62.00 | - | - | - | - | 154.50 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 795.50 | $ - | $ - | $ - | $ - | $ 576.60 | $ - | $ - | $ - | $ - | $1,372.10 |
| DEFINED BENEFIT | $ - | $ - | $ 23.13 | $ - | $ - | $ - | $ - | $ 15.50 | $ - | $ - | $ - | $ - | $ 38.63 |
| RETIREMENT | $ - | $ - | $ 92.50 | $ - | $ - | $ - | $ - | $ 62.00 | $ - | $ - | $ - | $ - | $ 154.50 |
| ADVANCEMENT | $ - | $ - | $ 61.98 | $ - | $ - | $ - | $ - | $ 41.54 | $ - | $ - | $ - | $ - | $ 103.52 |
| MXTG FUND | $ - | $ - | $ 1.85 | $ - | $ - | $ - | $ - | $ 3.10 | $ - | $ - | $ - | $ - | $ 4.95 |
| APPRENTICE | $ - | $ - | $ 55.50 | $ - | $ - | $ - | $ - | $ 37.20 | $ - | $ - | $ - | $ - | $ 92.70 |
| BLDG. TRADES | $ - | $ - | $ 3.70 | $ - | $ - | $ - | $ - | $ 2.48 | $ - | $ - | $ - | $ - | $ 6.18 |
| DUES   4% | $ - | $ - | $ 62.90 | $ - | $ - | $ - | $ - | $ 42.18 | $ - | $ - | $ - | $ - | $ 105.08 |
| UBC HEALTH | $ - | $ - | $ 9.25 | $ - | $ - | $ - | $ - | $ 6.20 | $ - | $ - | $ - | $ - | $ 15.45 |
| PROJ 1ST RATE | $ - | $ - | $ 4.63 | $ - | $ - | $ - | $ - | $ 3.10 | $ - | $ - | $ - | $ - | $ 7.73 |

| TOTAL | $ - | $ - | $ 1,110.94 | $ - | $ - | $ - | $ - | $ 789.88 | $ - | $ - | $ - | $ - | $1,900.82 |

| Rates: | 6/1/14 | to | 5/31/15 |
|---|---|---|---|
| WELFARE | 8.60 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 0.25 | BLDG. TRADES | 0.04 |
| RETIREMENT | 1.00 | DUES  4% | 0.680 |
| ADVANCEMENT | 0.67 | UBC HEALTH | 0.10 |
| MXTG FUND | 0.02 | PROJ 1ST RATE | 0.05 |

| Rates: | 6/1/15 | to | 5/31/16 |
|---|---|---|---|
| WELFARE | 9.30 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 0.25 | BLDG. TRADES | 0.04 |
| RETIREMENT | 1.00 | DUES  4% | 0.680 |
| ADVANCEMENT | 0.67 | UBC HEALTH | 0.10 |
| MXTG FUND | 0.05 | PROJ 1ST RATE | 0.05 |

8/23/2016
AFD

**CONSTRUCTION IND FUNDS- GROUP #312, 319 & 338 -CARP #702 -FLOORING-COMMERCIAL**

**S & S FLOORING INSTALLATION LLC   # 10633     REVISION**

YEAR: 2016

*UNREPORTED HOURS   1/16 to 12/16   (CODE 319)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAULING, VICTOR | # | Hours | - | - | 22.50 | - | - | - | - | - | - | - | - | - | 22.50 |

| TOTAL HOURS | | | - | - | 22.50 | - | - | - | - | - | - | - | - | - | 22.50 |

AMOUNT DUE TO FUNDS:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 209.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 209.25 |
| DEFINED BENEFIT | $ - | $ - | $ 5.63 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5.63 |
| ADVANCEMENT | $ - | $ - | $ 15.08 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15.08 |
| MKTG FUND | $ - | $ - | $ 1.13 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.13 |
| APPRENTICE | $ - | $ - | $ 13.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13.50 |
| BLDG. TRADES | $ - | $ - | $ 0.90 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.90 |
| DUES  4% | $ - | $ - | $ 15.30 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 15.30 |
| UBC HEALTH | $ - | $ - | $ 2.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.25 |
| PROJ 1ST RATE | $ - | $ - | $ 1.13 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.13 |
| TOTAL | $ - | $ - | $ 264.17 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 264.17 |

| Rates: | 6/1/15 | to | 5/31/19 |
|---|---|---|---|
| WELFARE | 9.30 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 0.25 | BLDG. TRADES | 0.04 |
| RETIREMENT | | DUES  4% | 0.680 |
| ADVANCEMENT | 0.67 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.05 | PROJ 1ST RATE | 0.05 |

*Per CK Paid 5/2/16*

8/23/2016
ARD

CONSTRUCTION IND FUNDS- GROUP #312, 319 & 338 -CARP #792 -FLOORING-COMMERCIAL

S & S FLOORING INSTALLATION LLC    # 10633        REVISION

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|                    | ADDITIONAL |           | UNREPORTED |        | TOTAL |           |
|--------------------|-----------:|-----------|-----------:|--------|-------|----------:|
| WELFARE            | $ | 5,817.15 | $ | 209.25 | $ | 6,026.40 |
| DEFINED BENEFIT    | $ | 1,581.94 | $ | 5.63   | $ | 1,587.57 |
| RETIREMENT         | $ | 4,795.28 | $ | -      | $ | 4,795.28 |
| ADVANCEMENT        | $ | 442.55   | $ | 15.08  | $ | 457.63 |
| MKTG FUND          | $ | 19.08    | $ | 1.13   | $ | 20.21 |
| APPRENTICE         | $ | 396.30   | $ | 13.50  | $ | 409.80 |
| BLDG. TRADES       | $ | 26.42    | $ | 0.90   | $ | 27.32 |
| DUES   4 %         | $ | 849.67   | $ | 15.30  | $ | 864.97 |
| UBC HEALTH         | $ | 66.05    | $ | 2.25   | $ | 68.30 |
| PROJ 1ST RATE      | $ | 33.04    | $ | 1.13   | $ | 34.17 |
| TOTAL              | $ | 14,027.48 | $ | 264.17 | $ | 14,291.65 |

8/23/2016
ARD

CONSTRUCTION IND FUNDS- GROUP #312, 319 & 338 -CARP #792 -FLOORING-COMMERCIAL

S & S FLOORING INSTALLATION LLC    # 10633        REVISION

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 6,026.40 |
| DEFINED BENEFIT | $ | 1,587.57 |
| RETIREMENT | $ | 4,795.28 |
| ADVANCEMENT | $ | 457.63 |
| MKTG FUND | $ | 20.21 |
| APPRENTICE | $ | 409.80 |
| BLDG. TRADES | $ | 27.32 |
| DUES   4 % | $ | 864.97 |
| UBC HEALTH | $ | 68.30 |
| PROJ 1ST RATE | $ | 34.17 |
| TOTAL | $ | 14,291.65 |

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



May 18, 2018

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

Exit Audit

RE: S & S Flooring Installation LLC (10633)

We have performed a fringe benefit contribution compliance audit of S & S
Flooring Installation LLC, for the period from April 1, 2016 through January 31,
2018. The audit encompassed the comparison of individual earnings records to
certain payroll tax and fund reports and a review of the general disbursements
records.

The comparison and review indicate that the employer has not complied with its
fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $ 2,966.52 |
| DEFINED BENEFIT | 550.79 |
| RETIREMENT | 1,829.70 |
| ADVANCEMENT | 202.02 |
| MKTG | 42.64 |
| APPRENTICE | 180.90 |
| INSTALL | 6.02 |
| UBC & PFR | 45.24 |
| DUES 4% | 455.20 |
| Sub Total | $ 6,279.03 |
| 10% Liq. Damages | $ 534.70 |
| TOTAL | $ 6,813.73 |

RICHARD J. WOLF AND COMPANY, INC.

5/18/2018
ARD

**CONSTRUCTION IND FUNDS -GROUP #312 & 338 -CARP #792- FLOORING-COMMERCIAL**

**S & S FLOORING INSTALLATION LLC    # 10633**

*YEAR:  2016*

*ADDITIONAL HOURS  1/16  -  12/16  (CODE 312)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAPELLAN, LIZANDRO<br>xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | - | - | - | 9.00 | 9.00 |

| TOTAL HOURS | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - | - | - | - | - | 9.00 | 9.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 87.75 | $ 87.75 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 27.45 | $ 27.45 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 90.00 | $ 90.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6.03 | $ 6.03 |
| MKTG | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.26 | $ 1.26 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5.40 | $ 5.40 |
| INSTALL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.18 | $ 0.18 |
| UBC & PFR | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.35 | $ 1.35 |
| DUES    4% | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ 14.25 |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 233.67 | $ 233.67 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 3.05 | INSTALL | 0.02 |
| RETIREMENT | 10.00 | UBC & PFR | 0.15 |
| ADVANCEMENT | 0.67 | DUES    4% | 1.583 |
| MKTG | 0.14 | | |

**CONSTRUCTION IND FUNDS -GROUP #312 & 338 -CARP #792- FLOORING-COMMERCIAL**

**S & S FLOORING INSTALLATION LLC    # 10633**

*YEAR: 2016*

*ADDITIONAL HOURS    1/16  to 12/16  (CODE 338)*

| S. S.# | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KELLEY, ZACHERY | # | Hours | - | - | - | - | - | - | - | - | - | - | - | 88.00 | 88.00 |
| xxx-xx-xxxx | | | | | | | | | | | | | | | |
| **TOTAL HOURS** | | | - | - | - | - | - | - | - | - | - | - | - | 88.00 | 88.00 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | - | - | - | - | - | - | - | - | - | - | - | 858.00 | 858.00 |
| DEFINED BENEFIT | - | - | - | - | - | - | - | - | - | - | - | 22.00 | 22.00 |
| RETIREMENT | - | - | - | - | - | - | - | - | - | - | - | 88.00 | 88.00 |
| ADVANCEMENT | - | - | - | - | - | - | - | - | - | - | - | 58.96 | 58.96 |
| MKTG | - | - | - | - | - | - | - | - | - | - | - | 12.32 | 12.32 |
| APPRENTICE | - | - | - | - | - | - | - | - | - | - | - | 52.80 | 52.80 |
| INSTALL | - | - | - | - | - | - | - | - | - | - | - | 1.75 | 1.75 |
| UBC & PFR | - | - | - | - | - | - | - | - | - | - | - | 13.20 | 13.20 |
| DUES 4% | - | - | - | - | - | - | - | - | - | - | - | 124.78 | 124.78 |
| **TOTAL** | - | - | - | - | - | - | - | - | - | - | - | $1,231.81 | $1,231.81 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 0.25 | INSTALL | 0.02 |
| RETIREMENT | 1.00 | UBC & PFR | 0.15 |
| ADVANCEMENT | 0.67 | DUES 4% | 1.418 |
| MKTG | 0.14 | | |

5/18/2018
ARD

**CONSTRUCTION IND FUNDS -GROUP #312 & 338 -CARP #792- FLOORING-COMMERCIAL**

**S & S FLOORING INSTALLATION LLC    # 10633**

*YEAR: 2017*

*ADDITIONAL HOURS    1/17 to 12/17    (CODE 312)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAPELLAN, LIZANDRO xxx-xx-xxxx | # | Hours | - | - | - | - | - | - | - | - | - | - | 12.00 | - | 12.00 |
| HARGRAVES, SCOTT xxx-xx-xxxx | # | Hours | 29.50 | - | - | - | - | - | - | - | - | - | - | - | 29.50 |
| OVERTON, STEVE xxx-xx-xxxx | # | Hours | 112.00 | - | - | - | - | - | - | - | - | - | 6.00 | - | 118.00 |

| TOTAL HOURS | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 141.50 | - | - | - | - | - | - | - | - | - | 18.00 | - | 159.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 1,379.63 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 187.02 | $ - | $1,566.65 |
| DEFINED BENEFIT | $ 431.58 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 58.50 | $ - | $ 490.08 |
| RETIREMENT | $ 1,415.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 191.70 | $ - | $1,606.70 |
| ADVANCEMENT | $ 94.81 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 12.06 | $ - | $ 106.87 |
| MKTG | $ 19.81 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.70 | $ - | $ 22.51 |
| APPRENTICE | $ 84.90 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10.80 | $ - | $ 95.70 |
| INSTALL | $ 2.83 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.36 | $ - | $ 3.19 |
| TOTAL | $ 3,673.78 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 494.21 | $ - | $4,167.99 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 3.05 | INSTALL | 0.02 |
| RETIREMENT | 10.00 | UBC & PFR | 0.15 |
| ADVANCEMENT | 0.67 | DUES 4% | 1.583 |
| MKTG | 0.14 | | |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.39 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 3.25 | INSTALL | 0.02 |
| RETIREMENT | 10.65 | UBC & PFR | 0.15 |
| ADVANCEMENT | 0.67 | DUES 4% | 1.576 |
| MKTG | 0.15 | | |

**CONSTRUCTION IND FUNDS -GROUP #312 & 338 -CARP #792- FLOORING-COMMERCIAL**

**S & S FLOORING INSTALLATION LLC    # 10633**

**YEAR: 2017**

*ADDITIONAL HOURS    1/17 to 12/17    (CODE 338)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KELLEY, ZACHERY xxx-xx-xxxx | # | Hours | 21.00 | - | - | - | - | - | 0.50 | - | - | - | 23.50 | - | 45.00 |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL HOURS** | 21.00 | - | - | - | - | - | 0.50 | - | - | - | 23.50 | - | 45.00 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 204.75 | $ - | $ - | $ - | $ - | $ - | $ 5.20 | $ - | $ - | $ - | $ 244.17 | $ - | $ 454.12 |
| DEFINED BENEFIT | $ 5.25 | $ - | $ - | $ - | $ - | $ - | $ 0.13 | $ - | $ - | $ - | $ 5.88 | $ - | $ 11.26 |
| RETIREMENT | $ 21.00 | $ - | $ - | $ - | $ - | $ - | $ 0.50 | $ - | $ - | $ - | $ 23.50 | $ - | $ 45.00 |
| ADVANCEMENT | $ 14.07 | $ - | $ - | $ - | $ - | $ - | $ 0.34 | $ - | $ - | $ - | $ 15.75 | $ - | $ 30.16 |
| MKTG | $ 2.94 | $ - | $ - | $ - | $ - | $ - | $ 0.08 | $ - | $ - | $ - | $ 3.53 | $ - | $ 6.55 |
| APPRENTICE | $ 12.60 | $ - | $ - | $ - | $ - | $ - | $ 0.30 | $ - | $ - | $ - | $ 14.10 | $ - | $ 27.00 |
| INSTALL | $ 0.42 | $ - | $ - | $ - | $ - | $ - | $ 0.01 | $ - | $ - | $ - | $ 0.47 | $ - | $ 0.90 |
| UBC & PFR | $ 3.15 | $ - | $ - | $ - | $ - | $ - | $ 0.08 | $ - | $ - | $ - | $ 3.53 | $ - | $ 6.76 |
| DUES   4% | $ 29.78 | $ - | $ - | $ - | $ - | $ - | $ 0.71 | $ - | $ - | $ - | $ 33.32 | $ - | $ 63.81 |
| **TOTAL** | $ 293.96 | $ - | $ - | $ - | $ - | $ - | $ 7.35 | $ - | $ - | $ - | $ 344.25 | $ - | $ 645.56 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 0.25 | INSTALL | 0.02 |
| RETIREMENT | 1.00 | UBC & PFR | 0.15 |
| ADVANCEMENT | 0.67 | DUES   4% | 1.418 |
| MKTG | 0.14 | | |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.39 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 0.25 | INSTALL | 0.02 |
| RETIREMENT | 1.00 | UBC & PFR | 0.15 |
| ADVANCEMENT | 0.67 | DUES   4% | 1.418 |
| MKTG | 0.15 | | |

## CONSTRUCTION IND FUNDS -GROUP #312 & 338 -CARP #792- FLOORING-COMMERCIAL

### S & S FLOORING INSTALLATION LLC    # 10633

### RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ 2,966.52 | $ - | $ 2,966.52 |
| DEFINED BENEFIT | $ 550.79 | $ - | $ 550.79 |
| RETIREMENT | $ 1,829.70 | $ - | $ 1,829.70 |
| ADVANCEMENT | $ 202.02 | $ - | $ 202.02 |
| MKTG | $ 42.64 | $ - | $ 42.64 |
| APPRENTICE | $ 180.90 | $ - | $ 180.90 |
| INSTALL | $ 6.02 | $ - | $ 6.02 |
| UBC & PFR | $ 45.24 | $ - | $ 45.24 |
| DUES    4% | $ 455.20 | $ - | $ 455.20 |
| TOTAL | $ 6,279.03 | $ - | $ 6,279.03 |

5/18/2018
ARD

CONSTRUCTION IND FUNDS -GROUP #312 & 338 -CARP #792- FLOORING-COMMERCIAL

S & S FLOORING INSTALLATION LLC   # 10633

RICHARD J. WOLF AND COMPANY, INC.

## ** GRAND TOTAL **

| | | |
|---|---|---:|
| WELFARE | $ | 2,966.52 |
| DEFINED BENEFIT | $ | 550.79 |
| RETIREMENT | $ | 1,829.70 |
| ADVANCEMENT | $ | 202.02 |
| MKTG | $ | 42.64 |
| APPRENTICE | $ | 180.90 |
| INSTALL | $ | 6.02 |
| UBC & PFR | $ | 45.24 |
| DUES   4% | $ | 455.20 |
| TOTAL | $ | 6,279.03 |