IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement | ) | |
| Fund of Rockford, Illinois, et al. | ) | |
|     Plaintiff, | ) | Case No: 3:18 CV 50272 |
| | ) | |
|     v. | ) | |
| | ) | Judge: Iain D. Johnston |
| S & S Flooring Installation, LLC | ) | |
|     Defendant. | ) | |

## REPORT AND RECOMMENDATION

    Hearing held on 11/27/2018 on the plaintiffs' motion for a default judgment [16]. Although defense counsel filed appearances, they did not attend the hearing and have not sought to set aside the order of default. According to the proof of service, the plaintiffs served the motion and notice of presentment on the defendant's registered agent by certified mail. Dkt. 17. With the motion the plaintiffs have submitted affidavits establishing their damages: according to the motion and affidavits, under the terms of the parties' collective bargaining agreements the defendants owe unpaid contributions totaling $20,306.51, liquidated damages of 10% for unpaid or late contributions totaling $1,982.01, and audit costs totaling $955.00, for a total of $23,243.52. In addition, under the terms of the parties' collective bargaining agreements the plaintiffs contend they are also entitled to recover attorneys' fees and costs spent to recover amounts owed. According to counsel's affidavit, counsel spent 10.1 hours at the hourly rate of $240 for a total of $2,454.00, plus $468.00 incurred in costs. The Court has reviewed counsel's billing records and determines that the hours spent were reasonable, as are counsel's billing rate and costs. Accordingly, it is this Court's Report and Recommendation that the plaintiffs' motion for a default judgment [16] be granted, and that judgement be entered in the total requested amount of $26,165.52. Any objection must be filed by 12/11/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: November 27, 2018                                             /s/ Iain D. Johnston
                                                                                                   U.S. Magistrate Judge