IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, et al., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 18 C 50272 |
| vs. | ) ) | |
| S & S Flooring Installation, LLC | ) ) | Judge Philip G. Reinhard |
| Defendant. | ) ) | |

## ORDER

    On November 27, 2018, Magistrate Judge Johnston entered a report and recommendation [23] that plaintiffs' motion [16] for default judgment be granted and that judgment be entered in the sum of $26,165.52. No objection has been filed. The court has reviewed the record and accepts the report and recommendation. Judgment is entered in favor of plaintiffs and against defendant S & S Flooring Installation, LLC in the sum of $26,165.52 consisting of $23,243.52 in unpaid contributions, liquidated damages, and audit costs and $2,922.00 in attorneys fees and costs all as provided in the applicable agreements and as more fully set out in the report and recommendation [23]. Case terminated.

Date: 1/03/2019                                ENTER:

                                                        _____
                                                        United States District Court Judge

                                                                          Electronic Notices. (LC)